In re David Briggs Enterprises, Inc.; Briggs, David Enterprises Inc.; Brash Enterprises, Inc.; Daiquiris Acadiana-A Louisiana Partnership/Commendam; Tab-Cat, Inc.; Broussard, Walter; Briggs, David; Briggs, Ronald; Freeze, Inc.; Dab Interest, Inc.; Las Brisas; — Plaintiff(s); applying for writ of certiorari and/or review; to the Court of Appeal, Fifth Circuit, No. 91-CA-0202; Parish of Jefferson, Twenty-Fourth Judicial District Court, Div. “F”, No. 348-050.
Prior report: La.App., 588 So.2d 187.
Granted.